Eugene Ashley, Bar No. 171885
eashley@hopkinscarley.com
Noelle R. Dunn, Bar No. 226913
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiff
POWERSPEAKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWERSPEAKING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA SMITH-PIERCE, an individual, POWER SPEAKING CONSULTANTS, an unknown entity, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO.  C-08-00963 EMC<br><br>**PLAINTIFF POWERSPEAKING, INC.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-3, Plaintiff PowerSpeaking, Inc. ("Plaintiff") respectfully requests that the Court continue the initial Case Management Conference, currently scheduled for May 21, 2008, to July 2, 2008.

The complaint in this matter was filed on February 14, 2008.  Service of the summons and complaint was postponed for several weeks while Plaintiff invited defendant Patria Smith-Pierce and defendant Power Speaking Consultants ("Defendants") to enter into discussions aimed at finding a mutually acceptable resolution.  (Declaration of Noelle Dunn in Support of Request to

1  Continue Initial Case Management Conference ("Dunn Decl."), ¶ 3.)  When Defendants declined
2  to proceed with the proposed discussions, the summons and complaint were sent out for service.
3  (Dunn Decl., ¶¶ 4, 5.)  Plaintiff has not yet received confirmation that service has completed, but
4  excepts that it will be completed within the next few days.  (Dunn Decl., ¶ 6.)
5       Accordingly, Plaintiff requests that the initial Case Management Conference be continued
6  to July 2, 2008 in order to give the parties to adequate time to meet and confer pursuant to Federal
7  Rule of Civil Procedure 26.

8  Dated: May 1, 2008

                    HOPKINS & CARLEY
                    A Law Corporation


By:   /s/
    Eugene Ashley
    Noelle R. Dunn
    Attorneys for Plaintiff
    POWERSPEAKING, INC.