Eugene Ashley, Bar No. 171885
eashley@hopkinscarley.com
Noelle R. Dunn, Bar No. 226913
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff
POWERSPEAKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWERSPEAKING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA SMITH-PIERCE, an individual, POWER SPEAKING CONSULTANTS, an unknown entity, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO.  C-08-00963 EMC<br><br>**DECLARATION OF NOELLE DUNN IN SUPPORT OF PLAINTIFF POWERSPEAKING, INC.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

I, Noelle Dunn, declare:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California, and am an associate with the law firm of Hopkins & Carley, a Law Corporation, counsel of record for Plaintiff PowerSpeaking, Inc. (hereinafter "PowerSpeaking"), plaintiff in the above-entitled action.  I make this declaration in support of PowerSpeaking's Request to Continue the Initial Case Management Conference.  The facts set forth herein are true, based

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\584690.1

DECLARATION OF NOELLE DUNN IN SUPPORT OF REQUEST TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE                                                               C-08-00963 EMC

upon my own knowledge, and if called upon to testify as a witness in this matter, I could and would testify competently thereto.

2. The complaint in this matter was filed on or about February 14, 2008.

3. Service of the summons and complaint was postponed for several weeks while my office invited defendant Patria Smith-Pierce and defendant Power Speaking Consultants ("Defendants") to enter into discussions aimed at finding a mutually acceptable resolution.

4. Through their attorney, William Niro, Defendants refused to enter into discussions without a complete dismissal of the complaint.

5. When it became clear that the parties were not moving towards an amicable resolution, PowerSpeaking proceeded with service of the complaint and summons.

6. My office has not yet received confirmation that service has been completed, but I except that it will be completed within the next few days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 1st day of May, 2008 at San Jose, California.

/s/
Noelle Dunn

Hopkins & Carley
Attorneys At Law
San Jose

634\584690.1
- 2 -
DECLARATION OF NOELLE DUNN IN SUPPORT OF REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
C-08-00963 EMC