1  Eugene Ashley, Bar No. 171885
   eashley@hopkinscarley.com
2  Noelle R. Dunn, Bar No. 226913
   ndunn@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 S First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
8  Facsimile:      (408) 998-4790

9  Attorneys for Plaintiff
   POWERSPEAKING, INC.

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| POWERSPEAKING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA SMITH-PIERCE, an individual, POWER SPEAKING CONSULTANTS, an unknown entity, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO.  C-08-00963 EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF POWERSPEAKING, INC.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
|---|---|

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\584684.1

[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE ANAGEMENTCONFERENCE
C-08-00963 EMC

Having considered the request of Plaintiff PowerSpeaking, Inc. ("Plaintiff") for an order continuing the initial Case Management Conference to July 2, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The initial Case Management Conference in this case is continue to July 2, 2008 in Courtroom C, 15th Floor, San Francisco, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May _____, 2008

HONORABLE EDWARD M. CHEN

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\584684.1
- 2 -
[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT ONFERENCE
C-08-00963 EMC