Eugene Ashley, Bar No. 171885
eashley@hopkinscarley.com
Noelle R. Dunn, Bar No. 226913
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff
POWERSPEAKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWERSPEAKING, INC., a California Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>PATRICIA SMITH-PIERCE, an individual, POWER SPEAKING CONSULTANTS, an unknown entity, and DOES 1 through 20, inclusive,<br><br>          Defendant. | CASE NO.  C-08-00963 EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF POWERSPEAKING, INC.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\584684.1
[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE ANAGEMENTCONFERENCE
C-08-00963 EMC

Having considered the request of Plaintiff PowerSpeaking, Inc. ("Plaintiff") for an order continuing the initial Case Management Conference to July 2, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The initial Case Management Conference in this case is continue to July 2, 2008 in Courtroom C, 15th Floor, San Francisco, at 1:30 p.m. A joint CMC statement shall be filed by June 25, 2008. Plaintiff shall serve a copy of this order upon all defendants.

**IT IS SO ORDERED.**

Dated: May _____, 2008

HONORABLE EDWARD M. CHEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE