1  Eugene Ashley, Bar No. 171885
   eashley@hopkinscarley.com
2  Noelle R. Dunn, Bar No. 226913
   ndunn@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 S First Street
5  San Jose, CA 95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:   (408) 286-9800
8  Facsimile:   (408) 998-4790

9  Attorneys for Plaintiff
   POWERSPEAKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWERSPEAKING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA SMITH-PIERCE, an individual, POWER SPEAKING CONSULTANTS, an unknown entity, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO. C-08-00963 EMC<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff PowerSpeaking, Inc. ("Plaintiff") and Defendant Patricia Smith-Pierce doing business as Power Speaking Consultants ("Defendant") hereby stipulate as follows:

A. WHEREAS, the complaint in this matter was filed on February 14, 2008;

B. WHEREAS, service of the summons and complaint was postponed for several weeks while Plaintiff invited Defendant to enter into discussions aimed at finding a mutually acceptable resolution;

C. WHEREAS, the Court continued the initial Case Management Conference,

1  originally scheduled for May 21, 2008, to July 2, 2008;

2      D.    WHEREAS, the summons and complaint were served on June 2, 2008;

3      E.    WHEREAS, the parties have now reached an agreement in principle to settle this matter; and

5      F.    WHEREAS, to conserve the resources of the parties and the Court, the parties have agreed to further continue the initial Case Management Conference to allow for negotiation of the terms of a settlement agreement.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

Pursuant to Civil L.R. 6-2, and subject to the approval of this Court, the Case Management Conference currently scheduled for July 2, 2008 shall be continued to August 6, 2008, or as the Court's calendar may allow.

Dated: June ___, 2008

HOPKINS & CARLEY
A Law Corporation

By: _____
Eugene Ashley
Noelle R. Dunn
Attorneys for Plaintiff
POWERSPEAKING, INC.

Dated: June ___, 2008

NIRO, SCAVONE, HALLER & NIRO

By: _____
William L. Niro
Attorneys for Defendant
PATRICIA SMITH-PIERCE, an individual
doing business as POWER SPEAKING
CONSULTANTS

originally scheduled for May 21, 2008, to July 2, 2008;

D.   WHEREAS, the summons and complaint were served on June 2, 2008;

E.   WHEREAS, the parties have now reached an agreement in principle to settle this matter; and

F.   WHEREAS, to conserve the resources of the parties and the Court, the parties have agreed to further continue the initial Case Management Conference to allow for negotiation of the terms of a settlement agreement.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

Pursuant to Civil L.R. 6-2, and subject to the approval of this Court, the Case Management Conference currently scheduled for July 2, 2008 shall be continued to August 6, 2008, or as the Court's calendar may allow.

Dated: June 12, 2008

HOPKINS & CARLEY
A Law Corporation

By: _____
Eugene Ashley
Noelle R. Dunn
Attorneys for Plaintiff
POWERSPEAKING, INC.

Dated: June ___, 2008

NIRO, SCAVONE, HALLER & NIRO

By: _____
William L. Niro
Attorneys for Defendant
PATRICIA SMITH-PIERCE, an individual doing business as POWER SPEAKING CONSULTANTS

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\590159.1
- 2 -
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
C-08-00963 EMC

1 **ORDER**

2    IT IS HEREBY ORDERED THAT:

3    The initial Case Management Conference in this case is continued to August 6, 2008 in

4 Courtroom C, 15th Floor, San Francisco, at 1:30 p.m.

5    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7 Dated: June _____, 2008

   _____
   HONORABLE EDWARD M. CHEN

## PROOF OF SERVICE

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is The Letitia Building, 70 S First Street, San Jose, California 95113-2406. On the date indicated below, I served a copy of the within document(s):

**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

[X] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed ____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a ____ agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by electronically mailing a true and correct copy through Hopkins & Carley's electronic mail system to the email address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6(a)(6).

***Attorneys for Defendant Patricia Smith-Pierce, an individual doing business as Power Speaking Consultants***
William L. Niro, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Fax: 312-236-3137

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

590430.1
PROOF OF SERVICE (STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE)
C-08-00963 EMC

1  is true and correct.

2      Executed on June 12, 2008, at San Jose, California.

                                                                        */s/ Gloria Cordova*
                                                                        Gloria Cordova

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

590430.1                                     - 2 -
PROOF OF SERVICE (STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE)
C-08-00963 EMC