1  Eugene Ashley, Bar No. 171885
   eashley@hopkinscarley.com
2  Noelle R. Dunn, Bar No. 226913
   ndunn@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 S First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
8  Facsimile:    (408) 998-4790

9  Attorneys for Plaintiff
   POWERSPEAKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| POWERSPEAKING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA SMITH-PIERCE, an individual, POWER SPEAKING CONSULTANTS, an unknown entity, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO.  C-08-00963 EMC<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
|---|---|

   Plaintiff PowerSpeaking, Inc. ("Plaintiff") and Defendant Patricia Smith-Pierce doing business as Power Speaking Consultants ("Defendant") hereby stipulate as follows:

   A.    WHEREAS, the complaint in this matter was filed on February 14, 2008;

   B.    WHEREAS, service of the summons and complaint was postponed for several weeks while Plaintiff invited Defendant to enter into discussions aimed at finding a mutually acceptable resolution;

   C.    WHEREAS, the Court continued the initial Case Management Conference,

originally scheduled for May 21, 2008 to August 6, 2008;

D. WHEREAS, the summons and complaint were served on June 2, 2008;

E. WHEREAS, the parties have reached an agreement in principle to settle this matter; and

F. WHEREAS, to conserve the resources of the parties and the Court, the parties have agreed to further continue the initial Case Management Conference to allow for negotiation of the terms of a settlement agreement.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

Pursuant to Civil L.R. 6-2, and subject to the approval of this Court, the Case Management Conference currently scheduled for August 6, 2008 shall be continued to September 10, 2008, or as the Court's calendar may allow.

Dated: July 15, 2008

HOPKINS & CARLEY
A Law Corporation

By: /s/ Eugene Ashley / Noelle R. Dunn
Eugene Ashley
Noelle R. Dunn
Attorneys for Plaintiff
POWERSPEAKING, INC.

Dated: July ____, 2008

NIRO, SCAVONE, HALLER & NIRO

By: _____
William L. Niro
Attorneys for Defendant
PATRICIA SMITH-PIERCE, an individual doing business as POWER SPEAKING CONSULTANTS

1  originally scheduled for May 21, 2008 to August 6, 2008;

2  D.  WHEREAS, the summons and complaint were served on June 2, 2008;

3  E.  WHEREAS, the parties have reached an agreement in principle to settle this matter; and

5  F.  WHEREAS, to conserve the resources of the parties and the Court, the parties have agreed to further continue the initial Case Management Conference to allow for negotiation of the terms of a settlement agreement.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

Pursuant to Civil L.R. 6-2, and subject to the approval of this Court, the Case Management Conference currently scheduled for August 6, 2008 shall be continued to September 10, 2008, or as the Court's calendar may allow.

Dated: July ____, 2008

HOPKINS & CARLEY
A Law Corporation

By:_____
Eugene Ashley
Noelle R. Dunn
Attorneys for Plaintiff
POWERSPEAKING, INC.

Dated: July 16, 2008

NIRO, SCAVONE, HALLER & NIRO

By:_____
William L. Niro
Attorneys for Defendant
PATRICIA SMITH-PIERCE, an individual doing business as POWER SPEAKING CONSULTANTS

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\594642.1

- 2 -

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

C-08-00963 EMC

1 **ORDER**

2  IT IS HEREBY ORDERED THAT:

3  The initial Case Management Conference in this case is continued to September 10, 2008

4 in Courtroom C, 15th Floor, San Francisco, at 1:30 p.m.

5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7 Dated: July ____, 2008

   _____
   HONORABLE EDWARD M. CHEN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28