1  Eugene Ashley, Bar No. 171885
   eashley@hopkinscarley.com
2  Noelle R. Dunn, Bar No. 226913
   ndunn@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 S First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
8  Facsimile:    (408) 998-4790

9  Attorneys for Plaintiff
   POWERSPEAKING, INC.

10

               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14

15  POWERSPEAKING, INC., a California          CASE NO.  C-08-00963 EMC
    Corporation,
16                                             **STIPULATION AND ORDER TO**
                       Plaintiff,              **CONTINUE INITIAL CASE**
17                                             **MANAGEMENT CONFERENCE**
    v.
18
    PATRICIA SMITH-PIERCE, an
19  individual, POWER SPEAKING
    CONSULTANTS, an unknown entity, and
20  DOES 1 through 20, inclusive,

21                     Defendant.

22         Plaintiff PowerSpeaking, Inc. ("Plaintiff") and Defendant Patricia Smith-Pierce doing

23  business as Power Speaking Consultants ("Defendant") hereby stipulate as follows:

24         A.    WHEREAS, the complaint in this matter was filed on February 14, 2008;

25         B.    WHEREAS, service of the summons and complaint was postponed for several

26  weeks while Plaintiff invited Defendant to enter into discussions aimed at finding a mutually

27  acceptable resolution;

28         C.    WHEREAS, the Court continued the initial Case Management Conference,

1  originally scheduled for May 21, 2008 to August 6, 2008;

2      D.    WHEREAS, the summons and complaint were served on June 2, 2008;

3      E.    WHEREAS, the parties have reached an agreement in principle to settle this matter;

4  and

5      F.    WHEREAS, to conserve the resources of the parties and the Court, the parties have

6  agreed to further continue the initial Case Management Conference to allow for negotiation of the

7  terms of a settlement agreement.

8      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

9      Pursuant to Civil L.R. 6-2, and subject to the approval of this Court, the Case Management

10  Conference currently scheduled for August 6, 2008 shall be continued to September 10, 2008, or

11  as the Court's calendar may allow.

12  Dated: July _15_, 2008

    HOPKINS & CARLEY
    A Law Corporation

13

14

15      By: _____

        Eugene Ashley

16          Noelle R. Dunn
        Attorneys for Plaintiff

17          POWERSPEAKING, INC.

18  Dated: July ____, 2008

    NIRO, SCAVONE, HALLER & NIRO

19

20      By: _____

21          William L. Niro
        Attorneys for Defendant

22          PATRICIA SMITH-PIERCE, an individual
        doing business as POWER SPEAKING

23          CONSULTANTS

24

25

26

27

28

634\594642.1

- 2 -

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE     C-08-00963 EMC

1   originally scheduled for May 21, 2008 to August 6, 2008;

2        D.    WHEREAS, the summons and complaint were served on June 2, 2008;

3        E.    WHEREAS, the parties have reached an agreement in principle to settle this matter;

4   and

5        F.    WHEREAS, to conserve the resources of the parties and the Court, the parties have

6   agreed to further continue the initial Case Management Conference to allow for negotiation of the

7   terms of a settlement agreement.

8        IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

9        Pursuant to Civil L.R. 6-2, and subject to the approval of this Court, the Case Management

10  Conference currently scheduled for August 6, 2008 shall be continued to September 10, 2008, or

11  as the Court's calendar may allow.

12  Dated: July ____, 2008                  HOPKINS & CARLEY
                                            A Law Corporation
13

14

15                                          By:_____
                                               Eugene Ashley
16                                             Noelle R. Dunn
                                               Attorneys for Plaintiff
17                                             POWERSPEAKING, INC.

18  Dated: July 16, 2008                    NIRO, SCAVONE, HALLER & NIRO

19

20                                          By:_____
                                               William L. Niro
21                                             Attorneys for Defendant
                                               PATRICIA SMITH-PIERCE, an individual
22                                             doing business as POWER SPEAKING
                                               CONSULTANTS
23

24

25

26

27

28

634\594642.1                          - 2 -

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE          C-08-00963 EMC

## ORDER

IT IS HEREBY ORDERED THAT:

The initial Case Management Conference in this case is continued to September 10, 2008 in Courtroom C, 15th Floor, San Francisco, at 1:30 p.m.    A joint CMC Statement shall be filed by September 3, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July __ 17_, 2008



HONORABLE EDWARD M. CHEN

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE    C-08-00963 EMC

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE