Eugene Ashley, Bar No. 171885
eashley@hopkinscarley.com
Noelle R. Dunn, Bar No. 226913
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff
POWERSPEAKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POWERSPEAKING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA SMITH-PIERCE, an individual, POWER SPEAKING CONSULTANTS, an unknown entity, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO.  C-08-00963 EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure Rule 41(a), plaintiff PowerSpeaking, Inc. voluntarily dismisses the above-captioned action with prejudice.

Dated: August 21, 2008

HOPKINS & CARLEY
A Law Corporation

By: /s/ Noelle R. Dunn
Noelle R. Dunn
Attorneys for Plaintiff
POWERSPEAKING, INC.

# PROOF OF SERVICE

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is The Letitia Building, 70 S First Street, San Jose, California 95113-2406. On the date indicated below, I served a copy of the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.
- ☒ by placing the document(s) listed above in a sealed *Federal Express* envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a *Federal Express* agent for delivery.

*Attorneys for Defendant Patricia Smith-Pierce, an individual doing business as Power Speaking Consultants*
William L. Niro, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Fax: 312-236-3137

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on <u>August 21, 2008</u>, at San Jose, California.

_____
Gloria Cordova

Hopkins & Carley
Attorneys At Law
San Jose

590430.1
PROOF OF SERVICE (NOTICE OF VOLUNTARY DISMISSAL)
C-08-00963 EMC